

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRENCE BUCKLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  04-2064** |
| **SHELL OIL COMPANY, et al** | **SECTION: "M"(1)** |

## <u>ORDER</u>

OPERATORS' MOTION FOR LEAVE TO FILE CROSS-CLAIM (Rec. doc. 49)

**DENIED**

On October 13, 2005, the undersigned signed an order concerning the motion of a defendant, Operators and Consulting Services, Inc. ("Operators"), for leave to file a cross-claim against a defendant, Dynamic Industries, Inc. ("Dynamic"). Rec. doc. 53. The order contained errors, so it will be vacated. Those errors are corrected in the remainder of this order.

The plaintiff, Terrence Buckley ("Buckley"), alleged that he was injured on a Shell Oil Company ("Shell") platform in the Gulf of Mexico. Buckley sued Shell, Operators, BP America Production Co. ("BP") and others. Operators contends that it had a contract with BP that obligated it to defend and indemnify other contractors and subcontractors in the event one of its employees was

injured.  The cross-claim is based on Operators' assumption that Dynamic must have entered into a similar contract with BP.  It contends that under these circumstances Dynamic is obligated to defend it.

Dynamic responds that there is no such agreement.  It argues that until Operators properly investigates the claim and establishes the existence of such a contract, its cross-claim should not be filed.  In the face of Dynamic's denial of the existence of a contract, Operators' assumption is an insufficient basis for leave to assert the cross-claim.

More importantly, the deadline for amending pleadings, February 16, 2005 (Rec. doc. 10), has passed.  Operators did not seek leave to file the cross-claim until August 23, 2005.  Under the scheduling order that was in effect at the time of Hurricane Katrina, Operators' motion was not timely.  It has not presented good cause for modifying the scheduling order.  See Fed. R. Civ. P. 16(b), and S&W Enterprises, LLC v. Southtrust Bank of Alabama, NA, 315 F.3d 533 (5th Cir. 2003).

IT IS ORDERED that the order of October 13, 2005 (Rec. doc. 53) is **VACATED.**  IT IS FURTHER ORDERED that Operators' motion for leave to file cross-claim (Rec. doc. 49) is **DENIED.**

New Orleans, Louisiana, this 1st day of November, 2005.

SALLY SHUSHAN
**United States Magistrate Judge**

2