FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  PM 2: 13

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

TERRENCE BUCKLEY                                CIVIL ACTION
                                                NO. 04-2064
VERSUS

SHELL OIL COMPANY, BP AMOCO ET.AL.              SECTION M

## ORDER

Before the Court is Defendant BP Exploration & Production Inc.'s (BP) Motion for Summary Judgment, which is opposed by the plaintiff and which came for hearing on April 26, 2006 on the briefs. Having considered the motions, briefs, the depositions and the applicable law, the Court finds that BP did not retain operational control over the plaintiff or the operations occurring at the time of the accident, and is therefore entitled to summary judgment as a matter of law. F.R.C.P. 56.

Accordingly, Defendant BP's Motion for Summary Judgment is **GRANTED**.

New Orleans, Louisiana, this 26TH day of April, 2006

Peter Beer
United States District Judge

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No